UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-562-T-30MAP

DENNIS E. NELSON

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 40) for the following assets:

  a. One CD;

  b. A Sony Digital Camera, Model CD MAVICA, Serial Number 342629, with black case;

  c. A Senton Data Stick Pro 4GB;

  d. A Compaq Tower Computer, Model Presario SR 1000, Serial Number CNH5480QF7;

  e. A HP 16 GB thumb drive;

  f. A Maxtor Hard Drive, Model 33073H3, Serial Number L3J0Y7EC;

  g. A Hitachi Hard Drive, Model IC35L060AVV207-0, Serial Number VNVB02G2G8SM1G; and

  h. A Western Digital External Hard Drive, Model WD1600, Serial Number WMAES1406431.

Being fully advised of the relevant facts, the Court hereby finds that the assets represent property that facilitated the violations charged in Count One to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 40) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on July 23, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cr-562 forfeit 40.wpd

2